**HEMAR, ROUSSO & HEALD, LLP**
ROBERT V. MCKENDRICK (SBN 169138)
PAMELA L. COX (SBN 191883)
E-mail address: rmckendr@hemar-rousso.com
15910 Ventura Boulevard, Ste. 1201
Encino, CA  91436-2829
Telephone:     (818) 501-3800
Facsimile:      (818) 501-2985

NOTE: CHANGES MADE BY THE COURT

Attorneys for Plaintiff,
XEROX CORPORATION, a corporation

CLOSED

# IN THE UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XEROX CORPORATION, a corporation,<br><br>                              Plaintiff,<br><br>     vs.<br><br>CONSOLIDATED SMART BROADBAND SYSTEMS, LLC; DOES 1-10, inclusive,<br><br>                              Defendants. | Case No. CV13-04078-JFW (MRWx)<br><br>**ORDER ON REQUEST FOR DISMISSAL WITH PREJUDICE** |

**TO THE COURT, THE DEFENDANT AND ALL OTHER INTERESTED PARTIES:**

The Court having received and reviewed the Plaintiff's Request for Dismissal With Prejudice:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

This action is dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: August 11, 2015

_____
District Judge John F. Walter